The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRIUMPH IP LLC,

    Plaintiff,

v.

ICOM AMERICA INC.,

    Defendant.

No. 2:21−cv−01017−RSM

EX PARTE MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER AND EXTEND THE INITIAL SCHEDULING DATES

NOTE ON MOTION CALENDAR: September 16, 2021

Plaintiff Triumph IP LLC respectfully requests that the deadline under Fed. R. Civ. P. 12 for Defendant Icom America Inc. to respond to the complaint be extended to October 22, 2021. Plaintiff has agreed to an extension of Defendant's deadline for responding to the complaint to permit the parties an opportunity to resolve this matter amicably.

Furthermore, Triumph respectfully requests that the Court extend its Initial Scheduling Dates such that they occur after Defendant has answered. Triumph requests the following extension:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | 9/24/2021 | 10/25/21 |
| Deadline to Exchange Initial Disclosures Pursuant to FRCP 26(a)(1) | 10/1/2021 | 11/1/2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 10/8/2021 | 11/8/2021 |

EX PARTE MOTION TO EXTEND DEADLINE
FOR DEFENDANT TO ANSWER AND EXTEND
THE INITIAL SCHEDULING DATES (2:21−cv−01017−RSM) - 1

1       Because Defendant has not yet appeared through counsel, Plaintiff is filing this motion ex parte.

      Having reviewed this Motion and the remainder of the record, the Court FINDS and ORDERS that Plaintiff's Motion, Dkt. #10, is GRANTED. The above deadlines are extended as stated above.

      DATED this 28th day of September, 2021.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE